IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JASON RAZIEN, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CIVIL NO. A-16-CV-1209-LY |
| MICRO FOCUS (US), INC. AND | § | |
| HEWLETT PACKARD ENTERPRISE | § | |
| CO., | § | |
|     DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On this same date, this court rendered an order dismissing Plaintiff's federal claims against all Defendants with prejudice and dismissing Plaintiff's state-law claims against all Defendants without prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Defendants are awarded costs.

**IT IS FURTHER ORDERED** that the cause is hereby **CLOSED**.

SIGNED this _25th_ day of July, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE